```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :
                                      INFORMATION
       - v. -                    :
                                      21 Cr. 469
ROBERT PEALY,                    :

              Defendant.         :
- - - - - - - - - - - - - - - - - X
```

## COUNT ONE

**(Narcotics Distribution)**

The U.S. Attorney charges:

1. From on or about April 13, 2021 up to and including on or about April 15, 2021, in the Southern District of New York and elsewhere, ROBERT PEALY, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the same.

2. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, ROBERT PEALY, the defendant, shall forfeit

to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

<u>Substitute Assets Provisions</u>

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the above forfeitable property.

      (Title 21, United States Code, Section 853.)

*Audrey Strauss/spr*
_____
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**ROBERT PEALY,**

**Defendant.**

---

**INFORMATION**

21 Cr. \_\_\_\_

(21 U.S.C. §§ 841(a)(1) and
841(b)(1)(C); and 18 U.S.C. § 2.)

AUDREY STRAUSS
United States Attorney

---

Filed 7/21/2021

*P. Kevin Castel* (signature)

P. Kevin Castel
United States District Judge