```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :

                -v-               :     ORDER

ROBERT PEALY,                           21 Cr. 469 (PKC)
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - -X
```

THE HONORABLE P. KEVIN CASTEL, United States District Judge:

WHEREAS Defendant ROBERT PEALY ("Pealy"), by and through his attorney, Neil P. Kelly, and with the consent of the government, by and through Assistant United States Attorney Samuel Rothschild, requests that the Court amend the judgment in this case; and

WHEREAS Pealy requests that the Court recommend that the Bureau of Prisons ("BOP") designate Pealy to FCI Butner to provide Pealy needed medical care;

IT IS HEREBY ORDERED that the judgment in this case (Dkt. No. 26) be amended to reflect the Court's recommendation to the BOP that Robert Pealy (Reg. No. 41066-509) serve his sentence at FCI Butner; and

IT IS FURTHER ORDERED that the Probation Department shall transmit this order to the Bureau of Prisons and BOP Designation & Sentence Computation Center via the eDesignate System and via email.

SO ORDERED.

Dated: New York, New York
       April 29, 2022

                                                P. Kevin Castel
                                       United States District Judge